IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ERIKA ESPINOZA, ET AL., | § |
| | § |
| Plaintiffs, | § CIVIL ACTION NO. 4:22-CV-00516-SDJ-CAN |
| v. | § |
| | § |
| STATE FARM LLOYDS, | § |
| | § |
| Defendant. | § |

## ORDER

The Court sets this matter for a telephonic status conference on *Monday, January 9, 2023, at 2:00 p.m.* The Court provides participants with the teleconference call-in information, as follows:

**ATT Toll-Free Conference Number: 877-336-1839**

**Access Code: 5754049, followed by #**

Participants are directed to call this number no later than 1:55 p.m.

**IT IS SO ORDERED**.

**SIGNED this 5th day of October, 2022.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE